# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Amber Kay

                                         Plaintiff,

v.                                                  Case No.: 1:09–cv–02520
                                                              Honorable Joan B. Gottschall

Catholic Charities of the Diocese of Joliet, Inc.

                                         Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, January 5, 2010:

      MINUTE entry before Honorable Joan B. Gottschall: Pursuant to Stipulation to Dismiss [26], this action is dismissed with prejudice, each party to bear its own fees and costs, all matters in controversy having been settled. Civil case terminated. Mailed notice(rj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.